IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Johnson, Orangie | Case Number:  07 B 02803 |
| | Judge:  Wedoff, Eugene R |
| Printed:  2/19/08 | Filed:  2/19/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed:  January 3, 2008
Confirmed:  May 10, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 1,185.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,121.01 |
| Trustee Fee: | | 63.99 |
| Other Funds: | | 0.00 |
| Totals: | 1,185.00 | 1,185.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Gleason & MacMaster | Administrative | 2,000.00 | 1,121.01 |
| 2. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 3. | HomEq Servicing Corp | Secured | 18,109.63 | 0.00 |
| 4. | Nicor Gas | Unsecured | 3,888.52 | 0.00 |
| 5. | Ge Capital Consumer Card Aka GE Money Bk | Unsecured | 2,067.52 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 648.12 | 0.00 |
| 7. | Ge Capital Consumer Card Aka GE Money Bk | Unsecured | 91.15 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 565.64 | 0.00 |
| 9. | CBA | Unsecured | | No Claim Filed |
| | | | $ 27,370.58 | $ 1,121.01 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 63.99 |
| | $ 63.99 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Johnson, Orangie

Printed:  2/19/08

Case Number:  07 B 02803
Judge:  Wedoff, Eugene R
Filed:  2/19/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

